# EXHIBIT B

Skip to Main Content  Logout  My Account  Search Menu  New Civil & Family Search  Refine Search  Back          Location : Justice Court - All Precincts  Help

# REGISTER OF ACTIONS
## CASE NO. 32-SC-12-00123

| | |
|---|---|
| ROGER FOUNTAIN vs. NORTH AMERICAN BANCARD, LLC DBA PAY ANYWHERE, LLC | Case Type: **Small Claims**<br>Date Filed: **06/21/2012**<br>Location: **Precinct 3-2** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | NORTH AMERICAN BANCARD, LLC DBA PAY ANYWHERE, LLC | **Andrew G. Jubinsky**<br>*Retained*<br>214-939-2000(W) |
| Plaintiff | FOUNTAIN, ROGER | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 06/21/2012 | Case Filed (OCA) |
| 06/21/2012 | Receipts - Received Payment<br>*RP* |
| 06/21/2012 | Citation Issued to Private Process Server<br>*CERTIFIED MAIL.RP* |
| 07/06/2012 | Attorney of Record Filed<br>*for defendant ns* |
| 07/06/2012 | Answer Filed<br>*by Defendant's Attorney ns* |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff FOUNTAIN, ROGER** | | |
| Total Financial Assessment | | 31.00 |
| Total Payments and Credits | | 31.00 |
| **Balance Due as of 07/20/2012** | | **0.00** |
| 06/21/2012 Transaction Assessment | | 31.00 |
| 06/21/2012 Payment  Receipt # 2012-0002780-JP32 | FOUNTAIN, ROGER | (31.00) |

CAUSE # __032-SC-12-123__

| | | |
|---|---|---|
| **ROGER FOUNTAIN** | § | In the Small Claims Court |
| Plaintiff | | |
| VS | § | Precinct Three, Place Two |
| **NORTH AMERICAN BANCARD, LLC** | § | Collin County, Texas |
| Defendant DBA PAY ANYWHERE, LLC | | |
| By Serving: MICHAEL SAUER | | |

### PLAINTIFF'S STATEMENT OF CLAIM

ROGER FOUNTAIN, Plaintiff, whose __TX__ (State) Drivers License number is ***** ▮ (last 3 numbers) and Social Security number is ***-**-* ▮ (last 3 numbers) and whose **MAILING** address is:

__P.O. Box 868135__ (Street)   __PLANO__ (City)   __TX__ (State)   __75086__ (Zip)

__Collin__ (County) Texas, and **telephone numbers** are:

__214-701-4531__ (daytime) __214-556-3623__ (FAX) __rfountain@live.com__ (email)

__North American Bancard, LLC DBA Pay Anywhere, LLC__, Defendant, whose **PHYSICAL** address

__250 Stephenson Hwy__ (Street)   __Troy__ (City)   __MI__ (State)   __48083__ (Zip)

__Oakland__ County, Texas, __877-387-5640__ (Phone Number) and whose __UK__ (State) Drivers License number is ***** __UK__ (last 3 numbers) and Social Security number is ***-**-* __UK__ (last 3 numbers) and is justly indebted to the Plaintiff in the sum of: $__10,000.00__ plus court costs of $__500.00__ for reason(s) of: __violations of state and federal laws, including the Do Not Call Registry, Telephone Consumer Protection Act, and various "SPAM" laws.__

plus attorney fees if applicable.

_____
Plaintiff (SIGNATURE MUST BE NOTARIZED AT COURT or PRIOR TO FILING)

*********************************************************************************************

On this the day, the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed to and Sworn before me this __21st__ day of __June__, 20__12__.

_____
JP-3-2 Court Clerk OR Notary Public, Collin County, Texas   My Commission Expires

Judge John F. Payton, JP 3-2      920 E. Park Boulevard      Suite 210      Plano, Texas 75074      972-881-3869      Revised 09-01-2007


Case 4:12-cv-00459-RAS-DDB   Document 1-3   Filed 07/20/12   Page 4 of 14 PageID #: 10

CASE NO. 32-SC-12-123

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the <u>ONE</u> that applies, sign below as Plaintiff and have this form Notarized)

[X] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Service members Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Service members Civil Relief Act of 2003.

[ ] military status is unknown at this time.

_____
PLAINTIFF

Sworn to and subscribed before me on the 21st day of June ___20__

STATE OF TEXAS
COUNTY OF COLLIN

FILED 2012 JUN 21 PM 4:12 JUSTICE COURT PCT. 3 PL. 2 COLLIN COUNTY, TEXAS

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT 3-2
COLLIN COUNTY, TEXAS

_____
NOTARY PUBLIC SIGNATURE        SEAL

OR

_____
CLERK OF THE COURT

[SEAL: CLERK OF COURT JUSTICE COURT PCT. 3, PL 2 COLLIN COUNTY, TEXAS]

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

# THE STATE OF TEXAS

## CITATION

TO THE DEFENDANT: **NORTH AMERICAN BANCARD, LLC DBA PAY ANYWHERE, LLC**

GREETINGS:

"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU (OR YOUR ATTORNEY) DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TEN DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU"

YOU ARE HEREBY COMMANDED to be and appear before me, a Justice of the Peace, in and for Precinct 3-2, Collin County, Texas, at or before Ten O'clock A.M., on the Monday next after the expiration of 10 days from the date of service hereof, then and there to answer to the petition of the plaintiff.

Type of Case: **Small Claims**
Docket Number: **32-SC-12-00123**

### STYLE

| Plaintiff | Defendant |
|---|---|
| | NORTH AMERICAN BANCARD, |
| | LLC DBA PAY ANYWHERE, LLC |
| ROGER FOUNTAIN | BY SERVING: |
| | MICHAEL SAUER |
| PO BOX 868135 | 250 STEPHENSON HWY |
| PLANO TX 75086 | TROY MI 48083 |
| Represented by: | Represented by: |

Filed on **June 21, 2012**.

The nature of the plaintiff's demand being suit upon: **See Attached Petition**

For **$ 10,000.00; 31.00 Court Costs; Attorney's fees TBD.**

Date Citation Issued: **June 21, 2012**

Citation Placed in the Hands of: **CERTIFIED MAIL**

Given under my hand officially this **21st day of June, 2012.**



_____
Judge: John E. Payton
Justice Court 3-2
920 E. Park Boulevard
Suite 210
Plano, Texas 75074
972-881-3180

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

Judge John Payton
Prec 3, Place 2
920 E. Park Blvd.
Suite 210
Plano, TX 75074

North American Bancard, LLC,
DBA Pay Anywhere LLC.
ATTN: Michael Sauer of
LEGAL DEPARTMENT
250 Stephenson Hwy
Troy, MI 48083


 Liberty FOREVER
 Equality FOREVER


Justice FOREVER
Freedom FOREVER


Equality FOREVER
Freedom FOREVER





I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE
COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.

_____
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Judge John Payton
Justice Court
Precinct 3, Place 2
920 E. Park Blvd. Suite 210
Plano, TX 75074

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MICHAEL SAUER C/O
   North American Bancard, LLC,
   DBA Pay Anywhere, LLC.
   250 Stephenson Hwy
   TROY, MI 48083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7011 1150 0001 9196 5078

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™**
(Domestic Mail Only; No Insurance)

For delivery information visit our website

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: MICHAEL SAUER c/
Street, Apt. No.; or PO Box No. 250 Steph
City, State, ZIP+4 TROY, M

7011 1150 0001 9196 5078

PS Form 3800, August 2006

---

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_____
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

## FIGARI & DAVENPORT
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING LIMITED LIABILITY PARTNERSHIPS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000
Fax: 214-939-2090

Writer's Direct Dial Number
214-939-2009

Writer's E-Mail Address
andy.jubinsky@figdav.com

FILED
2012 JUL -6 PM 2:54

July 5, 2012

**<u>VIA FEDEX 7985 8669 6386</u>**
Judge John E. Payton
Justice Court 3-2
920 E. Park Blvd, Suite 210
Plano, TX 75074

Re:   Cause No. 032-SC-12-00123; *Roger Fountain vs. North American Bancard, LLC dba Pay Anywhere, LLC*

Dear Judge Payton:

Enclosed please find the original and two copies of Defendant's Answer in the above-referenced matter, along with a self-addressed stamped envelope for the return of a file-stamped copy of the answer.

Best regards,

Andrew G. Jubinsky

Enclosures

cc:  (w/encl)
  Via CMRRR 7160 3605 3200 1010 9464
  Roger Fountain
  P.O. Box 868135
  Plano, TX 75086

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT 3-2
COLLIN COUNTY, TEXAS

From: (214) 939-2000
Andrew Jubinsky
FIGARI & DAVENPORT, LLP
901 MAIN STREET, SUITE 3400
DALLAS, TX 75202

Origin ID: RBDA

**FedEx Express**

J12201205300325

SHIP TO: (972) 881-3180   BILL SENDER
**Judge John E. Payton**
**Justice Court 3-2**
**920 E PARK BLVD**
**STE 210**
**PLANO, TX 75074**

Ship Date: 05JUL12
ActWgt: 0.2 LB
CAD: 9498768/INET3300

Delivery Address Bar Code

Ref # 16464-0001
Invoice #
PO #
Dept #

TRK# 7985 8669 6386
0201

FILED
2012 JUL -6 PM 2:54
COLLIN COUNTY, TEXAS

FRI - 06 JUL A1
STANDARD OVERNIGHT

75074
TX-US
DFW

**AD DNEA**

515G1/E052/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY AND THAT THE ORIGINAL DOCUMENT IS IN THE CUSTODY OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT 3-2
COLLIN COUNTY, TEXAS

https://www.fedex.com/shipping/html/en//PrintIFrame.html                    7/5/2012

2012 JUL -6 PM 2:55

CAUSE NO. 032-SC-12-00123

| | | |
|---|---|---|
| ROGER FOUNTAIN, | § | IN THE SMALL CLAIMS COURT |
| Plaintiff, | § | |
| v. | § | PRECINCT THREE, PLACE TWO |
| NORTH AMERICAN BANCARD, LLC DBA PAY ANYWHERE, LLC, | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

## DEFENDANT'S ANSWER

Defendant files its answer, and states:

1. **General Denial.** Subject to such admissions and stipulations as may be made at or before time of trial, Defendant generally and specially denies the material allegations in Plaintiff's Statement of Claim, pursuant to Tex. R. Civ. P. 92, and demands strict proof thereof in accordance with the requirements of the laws of this state.

2. **Relief Requested.** Defendant requests the following relief:

    (a) That Plaintiff take nothing by reason of his suit;

    (b) That Plaintiff be dismissed with its costs; and

    (c) That Defendant have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

Respectfully submitted,

By: _____
Andrew G. Jubinsky
State Bar No. 11043000
andy.jubinsky@figdav.com

**FIGARI & DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR NORTH AMERICAN
BANCARD, LLC DBA PAY ANYWHERE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on the following on July 5, 2012:

Roger Fountain                          Via CMRRR 7160 3605 3200 1010 9464
P.O. Box 868135
Plano, TX 75086

_____
Andrew G. Jubinsky

[Stamp: I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT. CLERK OF COURT JUSTICE COURT PCT. 3-2 COLLIN COUNTY, TEXAS]

[Filed stamp: 2012 JUL -6 PM 2:55]

## FIGARI & DAVENPORT
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING LIMITED LIABILITY PARTNERSHIPS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000
Fax: 214-939-2090

Writer's Direct Dial Number
214-939-2009

Writer's E-Mail Address
andy.jubinsky@figdav.com

FILED
2012 JUL -6 PM 2:54

July 5, 2012

**VIA FEDEX 7985 8669 6386**
Judge John E. Payton
Justice Court 3-2
920 E. Park Blvd, Suite 210
Plano, TX 75074

Re: Cause No. 032-SC-12-00123; *Roger Fountain vs. North American Bancard, LLC dba Pay Anywhere, LLC*

Dear Judge Payton:

Enclosed please find the original and two copies of Defendant's Answer in the above-referenced matter, along with a self-addressed stamped envelope for the return of a file-stamped copy of the answer.

Best regards,

Andrew G. Jubinsky

Enclosures

cc: (w/encl)
Via CMRRR 7160 3605 3200 1010 9464
Roger Fountain
P.O. Box 868135
Plano, TX 75086

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY TEXAS

From: (214) 939-2000
Andrew Jubinsky
FIGARI & DAVENPORT, LLP
901 MAIN STREET, SUITE 3400
DALLAS, TX 75202

Origin ID: RBDA

**FedEx Express**

J12201205300325

Ship Date: 05JUL12
ActWgt: 0.2 LB
CAD: 9498768/INET3300

Delivery Address Bar Code

FILED
2012 JUL -6 PM 2:54

SHIP TO: (972) 881-3180          BILL SENDER
**Judge John E. Payton**
**Justice Court 3-2**
**920 E PARK BLVD**
**STE 210**
**PLANO, TX 75074**

Ref # 16464-0001
Invoice #
PO #
Dept #

TRK# 7985 8669 6386
0201

FRI - 06 JUL A1
**STANDARD OVERNIGHT**

**AD DNEA**

**75074**
TX-US
**DFW**

515G1/E052/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS