CAUSE # 032-SC-12-123

**ROGER FOUNTAIN** § In the Small Claims Court
Plaintiff

VS § Precinct Three, Place Two

**NORTH AMERICAN BANCARD, LLC** §
Defendant DBA PAY ANYWHERE, LLC. Collin County, Texas
By Serving: MICHAEL SAUER

### PLAINTIFF'S STATEMENT OF CLAIM

ROGER FOUNTAIN, Plaintiff, whose **TX** Drivers License number is ***** _____ (last 3 numbers)

and Social Security number is ***-**-*_____ (last 3 numbers) and whose **MAILING** address is:

P.O. Box 868135 _____ PLANO _____ TX _____ 75086
Street / City / State / Zip

Collin _____ (County) Texas, and **telephone numbers** are:

214-701-4531 (daytime) 214-556-3623 (FAX) rcfountain@live.com (email)

North American Bancard, LLC DBA Pay Anywhere, LLC., Defendant, whose **PHYSICAL** address
250 Stephenson Hwy _____ Troy _____ MI _____ 48083
Street / City / State / Zip

Oakland County, Texas, 877-387-5640 and whose **UK** Drivers License
(Phone Number) (State)

number is ***** UK (last 3 numbers) and Social Security number is ***-**-* UK (last 3 numbers) and is justly

indebted to the Plaintiff in the sum of: $ 10,000.00 plus court costs of $ 500.00

for reason(s) of: violations of state and federal laws, including the Do Not Call Registry Telephone Consumer Protection Act, and various "SPAM" laws.

plus attorney fees if applicable.

_____
Plaintiff (SIGNATURE **MUST** BE NOTARIZED AT COURT or PRIOR TO FILING)

On this the day, the above named person appeared and swore on an affidavit under oath that
the above information set out herein is true and correct.

Subscribed to and Sworn before me this 21st day of June, 2012.

_____
JP 3-2 Court Clerk OR Notary Public, Collin County, Texas. My Commission Expires _____

Judge John F. Payton, JP 3-2   920 E. Park Boulevard   Suite 210   Plano, Texas 75074   972-881-3680   Revised 09-01-2007

CASE NO. 32-SC-12-123

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the ONE that applies, sign below as Plaintiff and have this form Notarized)

[X] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Service members Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Service members Civil Relief Act of 2003.

[ ] military status is unknown at this time.

_____
PLAINTIFF

Sworn to and subscribed before me on the 21st day of June 20___

STATE OF TEXAS
COUNTY OF COLLIN

FILED 2012 JUN 21 PM 4:12 JUSTICE COURT PCT. 2 COLLIN COUNTY, TEXAS

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT 3-2
COLLIN COUNTY, TEXAS

_____     _____
NOTARY PUBLIC SIGNATURE    SEAL

OR

_____
CLERK OF THE COURT

CLERK OF COURT JUSTICE COURT PCT. 3, PL 2 COLLIN COUNTY, TEXAS

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge John Payton, JP 3-2      920 E. Park Blvd.      Suite 210      Plano, Texas 75074