IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROGER FOUNTAIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:12-cv-459 |
| NORTH AMERICAN BANCARD, LLC d/b/a PAY ANYWHERE, LLC, | § § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Roger Fountain hereby stipulates to the dismissal of the case with prejudice. Each party shall bear its own costs and attorneys' fees.

SO STIPULATED.

By: _/s/ Roger Fountain_
Roger Fountain, pro se

P.O. Box 868135
Plano, TX 75086
Telephone: 214-701-4531
Fax: 214-556-3623
rcfountain@live.com

PRO SE PLAINTIFF

By: */s/ Lance V. Clack*
   Andrew G. Jubinsky
   State Bar No. 22043000
   andy.jubinsky@figdav.com
   Lance V. Clack
   State Bar No. 24040694
   lance.clack@figdav.com

FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000 Telephone
(214) 939-2090 Facsimile

ATTORNEYS FOR DEFENDANT
NORTH AMERICAN BANCARD, LLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on the following on September 28, 2012:

*<u>Via U.S. Mail</u>*
Roger Fountain
P.O. Box 868135
Plano, TX 75086

              /s/ Lance V. Clack
                Lance V. Clack